IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**In re RIO VALLEY MOTORS CO., LLC.**
    **Debtor,**

**WILLIAM L. NEEDLER, Attorney for the Debtor,**
    **Appellant,**

vs.                                                              No. 07-CV-1271 JH/ACT

**FORD MOTOR CREDIT, et. al.,**
    **Appellees.**

## ORDER

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Proposed Findings and Recommended Disposition on Bankruptcy Appeal will be adopted by the Court.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition is adopted by the Court and this appeal is dismissed.

**IT IS SO ORDERED.**

_____
**JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**